**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *State v. Hamon,* **Slip Opinion No. 2014-Ohio-1927.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2014-OHIO-1927

THE STATE OF OHIO, APPELLEE, *v.* HAMON, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Hamon,* Slip Opinion No. 2014-Ohio-1927.]**

*Court of appeals' judgment vacated, and cause remanded for application of* State v. Anderson.

(No. 2013-0830—Submitted April 30, 2014—Decided May 15, 2014.)

APPEAL from the Court of Appeals for Delaware County,

No. 12 CAA 12 0089.

_____

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded for application of *State v. Anderson,* 138 Ohio St.3d 264, 2014-Ohio-542, 6 N.E.3d 23.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____

Carol O'Brien, Delaware County Prosecuting Attorney, and Douglas N. Dumolt, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellant.

_____